# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Daniel Antonio Acosta-Sau** <br> DOB: 1990; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. <br> 26-07132MJ |

Complaint for a violation of Title 18, United States Code, § 554(a)

On or about February 13, 2026, in the District of Arizona, **Daniel Antonio Acosta-Sau** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 4,000 rounds of .22 caliber Winchester magnum ammunition, three (3) Byrna less-lethal SD launchers, and one (1) rifle chassis, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On February 13, 2026, at approximately 5:50 p.m., **Daniel Antonio ACOSTA-SAU** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **ACOSTA-SAU**, who was the driver and registered owner of a blue 2021 Ford Ranger, bearing a Sonora, Mexico license plate. A CBP currency, firearms, and ammunition detection dog was conducting outbound operations and alerted to the front, driver-side wheel well. When asked, **ACOSTA-SAU** gave a negative declaration regarding whether he had firearms, ammunition, or bulk cash, and he told the CBPOs that he and his friends were travelling from Tucson to their home in Nogales, Sonora, Mexico. When CBPOs lifted the hood of the truck, they saw a brown box with "Winchester" written on the top. A Z-portal scan of the truck revealed anomalies in the engine bay of a vehicle, and once a more detailed search of the vehicle began, the detection dog alerted to a trained odor on the rear passenger side of the vehicle.

Further inspection of the vehicle yielded the following: 4,000 rounds of .22 caliber Winchester magnum ammunition, three (3) Byrna less-lethal SD launchers, and one (1) rifle chassis, as well as other weapons parts throughout the vehicle. These items were concealed inside mailing packages underneath the hood and behind the rear passenger seats.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> AUTHORIZED BY AUSA *Matthew C. Cassell* | SIGNATURE OF COMPLAINANT <br> JOSE A MONTANO  *Digitally signed by JOSE A MONTANO Date: 2026.02.17 10:04:11 -07'00'* |
|---|---|
| | OFFICIAL TITLE <br> HSI SA Jose Montano |

**Sworn by telephone   x**

| SIGNATURE OF MAGISTRATE JUDGE[1] <br> *Jacqueline M. Rateau* | DATE <br> February 17, 2026 |
|---|---|

1)   See Federal Rules of Criminal Procedure Rules 3, 4, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)** 26-07132MJ
**Page 2 of 2**

In a post-*Miranda* statement, **ACOSTA-SAU** admitted to intentionally attempting to bring the ammunition and other firearms-related items into Mexico. He stated he was aware that it was illegal to do so and admitted he did not have a license to export such items from the United States, which is necessary to lawfully export the items. Finally, **ACOSTA-SAU** told the interviewer that his friends had no involvement in the attempted smuggling of the items from the United States into Mexico.

The firearms-related items found in the vehicle **ACOSTA-SAU** was driving qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **ACOSTA-SAU** did not possess an import/export license, nor did he present one to the CBPOs.

